## Affidavit in Support of Criminal Complaint
## For Ewin CABRERA-CABRERA

Your Affiant, Special Agent Erin Huffines, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

1. I am a Special Agent employed by HSI and currently assigned to the office in Louisville, Kentucky. I have been employed as an HSI Special Agent since July 2007. I have attended the Federal Law Enforcement Training Center where training was conducted pertaining to numerous types of investigation, including those set out herein.

2. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 115(c)(1), and empowered by law to conduct investigations and to make arrests for offenses enumerated in 8 U.S.C. § 1326.

3. This affidavit is based upon my personal knowledge and information reported to me by other federal and local law enforcement officers as well as others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

4. On March 11, 2025, officers with Immigration and Customs Enforcement (ICE) encountered and administratively arrested Ewin CABRERA-CABRERA in Jefferson County Kentucky.

5. I reviewed Department of Homeland Security (DHS) immigration databases, which confirmed CABRERA-CABRERA was a Honduran citizen previously removed from the United States. CABRERA-CABRERA was assigned alien registration number 205 578 660 in 2012, and his biometric data was a positive match for the following immigration history:

6. On October 30, 2012, United States Border Patrol (USBP) agents arrested CABRERA-CABRERA for illegal entry near Lukeville, Arizona, and served him a Notice of

Expedited Removal, Form I-860. On February 7, 2013, USBP removed CABRERA-CABRERA to Honduras.

On February 23, 2014, USBP agents arrested CABRERA-CABRERA for illegal entry near Lukeville, Arizona and served him with a Reinstatement of Prior Removal Order, Form I-871. On April 10, 2014, ERO removed CABRERA-CABRERA to Honduras.

7. DHS databases checks confirm CABRERA-CABRERA was a positive match for the following criminal conviction:

On March 27, 2014, CABRERA-CABRERA was convicted of Illegal Entry in violation of 8 USC 1325.

8. A review of electronic immigration records show CABRERA-CABRERA has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous removals and he is currently present in the United States without admission or parole after being previously removed.

10. Based on the above information, your affiant believes that CABRERA-CABRERA is an alien who has been found in the United States in Jefferson County in the Western District of Kentucky, in violation of 8 U.S.C. § 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

/s/ *SA Erin Huffines*
Erin Huffines
Special Agent
Homeland Security Investigations
Louisville, Kentucky

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1(a) by telephonic and email submission on this the 11 day of March 2025.

2

                                                          Regina S. Edwards
                                                        United States Magistrate Judge

MAB;EGM